[No. 4540.   Decided December 29, 1904.]

HARR WAGNER, *Respondent*, v. M. G. ROYAL et al., *as Directors of School District No. 1, of Thurston County, Respondents,* and T. N. HENRY et al., *Appellants.*[2]

Appeal from an order of the superior court for Thurston county, Linn, J., entered July 14, 1902. Affirmed.

*Frank C. Owings*, for appellants.

*Vance & Mitchell*, and *Ballinger, Ronald & Battle*, for respondent Harr Wagner.

PER CURIAM.—This is an appeal from an order of the superior court of Thurston county, denying the petition of the appellants for leave to intervene and become parties defendant in the above entitled action. It clearly appears from the allegations of appellants' petition, and the answer tendered therewith, that this

[1]Reported in 78 Pac. 1118.

[2]Reported in 78 Pac. 1119.

cause falls within the principles recently announced by this court on the appeal of David Lincoln, intervenor, in *Westland Publishing Co.* v. *Royal (ante* p. 399), and, on the authority of that decision, and for the reasons therein stated, the order appealed from is affirmed.

---

[No. 4541.    Decided December 29, 1904.]

PER CURIAM.—This is an appeal from an order of the superior court of Thurston county, denying the petition of the appellants for leave to intervene and become parties defendant in the above entitled action. It clearly appears from the allegations of appellants' petition, and the answer tendered therewith, that this cause falls within the principles recently announced by this court on the appeal of David Lincoln, intervenor, in *Westland Publishing Co.* v. *Royal (ante* p. 399), and, on the authority of that decision, and for the reasons therein stated, the order appealed from is affirmed.

[1]Reported in 78 Pac. 1118.